IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr43-MHT |
| DOUGLAS ROGERS | ) | (WO) |

## ORDER

Upon consideration of the agreement reached between the parties and defendant Douglas Rogers's admission of guilt as charged in the violation petition dated July 2, 2008 (Doc. No. 55), it is ORDERED that the petition is granted to the following extent only:

(1) Defendant Rogers's supervised release, imposed on August 31, 2005, is not revoked; instead, his term of supervised release is continued.

(2) The conditions of supervised release are modified to include that defendant Rogers (a) shall seek and maintain employment with Baptist South Hospital or Alabama State University; (b) attend GED classes at New Beginnings or pursue vocational training; and (c) participate in the home confinement program, with

electronic monitoring, for a total period or nine months, with the first six months on home detention and the final three months on curfew, all to begin at a time designated by the probation officer.

(3) Defendant Rogers shall follow the procedures specified by the probation officer and pay the cost of electronic monitoring.

DONE, this the 5th day of September, 2008.

                                        /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE